**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **QXC Communications, Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3345269** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3785 N Federal Hwy, Ste 205** <br> **Boca Raton, FL 33432** <br> Number, Street, City, State & ZIP Code | **102 NE 2nd St, Ste 136** <br> **Boca Raton, FL 33432** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.qxc.us**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | QXC Communications, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5171

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor  **QXC Communications, Inc**                                     Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

     Contact name _____

     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **QXC Communications, Inc**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2025**
MM / DD / YYYY

**X** **/s/ John Von Stein**                              **John Von Stein**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ John E. Page**                    Date    **February 28, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**John E. Page 0860581**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**        Email address    **jpage@slp.law**

**0860581 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **QXC Communications, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2025**      X */s/ John Von Stein*
                                        Signature of individual signing on behalf of debtor

                                         **John Von Stein**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name | QXC Communications, Inc
United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA**
Case number (if known): | _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT&T PO Box 5019 Carol Stream, IL 60197** | | | | | | **$244,000.00** |
| **Bank of America PO Box 660441 Dallas, TX 75266-0441** | | **Credit card purchases** | | | | **$10,276.00** |
| **Chase PO Box 15298 Wilmington, DE 19850-5298** | | **Credit card purchases** | | | | **$94,806.00** |
| **Citi PO Box 790046 Saint Louis, MO 63179-0046** | | **Credit card purchases** | | | | **$23,594.00** |
| **Crown Castle Fiber, LLC PO Box 28730 New York, NY 10087-8730** | | | | | | **$12,277.44** |
| **Greg Sterijevski 13056 Anthorne Ln Boynton Beach, FL 33436** | | | **Disputed** | | | **$103,838.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346** | | **Payroll Taxes** | | | | **$196,509.00** |
| **Karen Von Stein c/o Jake S. Blumstein, Esq. Tripp Scott 110 SE 6th St Ste 1500 Fort Lauderdale, FL 33301-5039** | | **Potential Breach of Employment Contract** | **Contingent Unliquidated Disputed** | | | **$541,964.00** |

Debtor  **QXC Communications, Inc**                                     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lumen 1025 Eldorado Blvd Broomfield, CO 80021 | | Vendor | | | | $43,215.14 |
| Meyers Group 120 N Compass Way Dania Beach, FL 33004 | | Rent | | | | $50,400.00 |
| Michelle Duffy 955 Walnut Terrace Boca Raton, FL 33486 | | Stock pledge - 500,000 Class B QXC shares | | | | $130,000.00 |
| Millennium QXC Holdings LLC f/k/a Millennium Infrastructure Fund LLC 2121 Hobbs Dr Delavan, WI 53115 | | All personal property of the Debtor | | $8,470,353.93 | $2,000,000.00 | $6,470,353.93 |
| Nagra 5090 N 40th St, Ste 450 Phoenix, AZ 85018 | | | | | | $10,000.00 |
| Netcom Business IT Solutions 15800 Pines Blvd, Ste 3019 Hollywood, FL 33027 | | La Costa Rent | | | | $13,494.00 |
| Octal Encoder Networks Inc. 4350 Pinewalk Dr Alpharetta, GA 30022 | | | | | | $20,000.00 |
| Octal Encoder Networks, Inc. 4350 Pinewalk Dr Alpharetta, GA 30022 | | | | | | $25,796.00 |
| Raines Legal 2500 N Military Tr, Ste 303 Boca Raton, FL 33431 | | Vendor | | | | $8,475.00 |
| Rapid Finance 4500 East West Hwy, 6th FL Bethesda, MD 20814 | | Future Receivables | Contingent Disputed | $115,731.00 | $0.00 | $115,731.00 |
| RTC Associates LLC 4330 South Lee St, Bldg 800B Buford, GA 30515 | | | | | | $16,134.14 |

Debtor **QXC Communications, Inc**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Telarus**<br>**45 W Sego Lily Dr,**<br>**Ste 220**<br>**Sandy, UT 84070** | | **Coral Reef Rent** | | | | **$18,268.00** |

**Fill in this information to identify the case:**

Debtor name    **QXC Communications, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................    $ _____**11,677,760.52**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................    $ _____**11,677,760.52**

---

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**12,296,555.92**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____**300,347.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____**1,315,098.57**

4.    Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b    $ _____**13,912,001.49**

**Fill in this information to identify the case:**

Debtor name    **QXC Communications, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$200,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Merrill, a Bank of America Company** | **Checking** | **2919** | **$0.00** |
| 3.2. | **Truist** | **Checking** | **5495** | **$89,975.76** |
| 3.3. | **Truist Bank Account** | **Checking** | **2057** | **$12,619.89** |
| 3.4. | **Truist Bank Account** | **Checking** | **2065** | **$49.80** |
| 3.5. | **ST EIDL** | | **3105** | **$0.00** |
| 3.6. | **Bill.com Money Out Clearing** | | **2919** | **$9,728.36** |

Debtor  **QXC Communications, Inc**          Case number *(If known)* _____
_____
Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | $312,373.81 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Security Deposits** _____          $39,044.77

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**

| | $39,044.77 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **190,924.38** - **95,462.19** = .... | $95,462.19 |

          face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**

| | $95,462.19 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Debtor   **QXC Communications, Inc**                              Case number *(If known)* _____
_____
Name

| 21. | **Finished goods, including goods held for resale**<br>**Mikrotik GPEN21 & AX2,**<br>**FS switches and**<br>**materials for the**<br>**Landings deployment** | 2/5/2025 | $22,232.66 | Comparable sale | $22,232.66 |
|-----|---|---|---|---|---|

22.   **Other inventory or supplies**

| 23. | **Total of Part 5.** | | | | $22,232.66 |
|-----|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desks, tables and chairs (more than 5 years old)** | $67,737.40 | | $67,737.40 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Various laptops (more than 3 years old)** | $22,879.30 | | $22,879.30 |
| **Property, Plant & Equipment** | $384,132.33 | | $384,132.33 |
| **Data Centers** | $377,508.47 | | $377,508.47 |
| **TV Head-end** | $764,579.47 | | $764,579.47 |

Debtor    **QXC Communications, Inc**                                  Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **Broadcast & Bandwidth Peripheral Equipment** | $1,408,521.18 | $1,408,521.18 |
| **VOIP Phone Equipment** | $73,297.57 | $73,297.57 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $3,098,655.72 |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Ford Transit Van**<br>**VIN: NM0LS7E74F1229397**<br>**Fair condition** | $5,843.00 | **Comparable sale** | $5,843.00 |
| 47.2.   **2016 F150 Truck**<br>**VIN: 1FTEX1CF4GKF15380**<br>**Fair condition** | $9,578.00 | **Comparable sale** | $9,578.00 |
| 47.3.   **2018 Ford Transit Van**<br>**VIN: NMOLS7E76J1369833**<br>**Fair condition** | $7,885.00 | **Comparable sale** | $7,885.00 |
| 47.4.   **2018 F150 Truck**<br>**VIN: 1FTEW1CB8JKD82744**<br>**Fair condition** | $16,117.00 | **Comparable sale** | $16,117.00 |
| 47.5.   **2021 Nissan Kicks**<br>**VIN: 3N1CP5CV8ML479566**<br>**and Plymouth Van**<br>**Fair condition** | Unknown | **Comparable sale** | Unknown |

Debtor    **QXC Communications, Inc**                                    Case number *(If known)* _____
            Name

| | | | | |
|---|---|---|---|---|
| 47.6. | **2021 Chrysler Pacifica**<br>**VIN: 2C4RC1BG8MR520246**<br>**Fair condition** | $17,711.00 | Comparable sale | $17,711.00 |
| 47.7. | **2021 Cadillac XT5**<br>**VIN: 1GYKNAR43MZ156678**<br>**Fair condition** | $23,866.00 | Comparable sale | $23,866.00 |
| 47.8. | **2008 F350 Truck**<br>**VIN: 1FDSE35L88DA92098**<br>**Fair condition** | $5,466.00 | Comparable sale | $5,466.00 |
| 47.9. | **Trailer** | $11,309.37 | | $11,309.37 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                          | $97,775.37 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**www.qxc.us** | Unknown | | Unknown |

Debtor    **QXC Communications, Inc**                                    Case number *(If known)* _____
          <u>Name</u>

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       Goodwill                                    $12,216.00                            $12,216.00

66.    **Total of Part 10.**                                                    | $12,216.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       Bulk Service Contracts - 28 contracts, 2 pending
       construction                                                              $8,000,000.00

78.    **Total of Part 11.**                                                    | $8,000,000.00 |

       Add lines 71 through 77. Copy the total to line 90.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

Debtor    **QXC Communications, Inc**
_____    Case number *(If known)* _____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor  **QXC Communications, Inc**
_____
Name

Case number _(If known)_ _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $312,373.81 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $39,044.77 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $95,462.19 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $22,232.66 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $3,098,655.72 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $97,775.37 | |
| 88. **Real property.** _Copy line 56, Part 9_.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $12,216.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $8,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,677,760.52 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,677,760.52 |

**QXC Communications, Inc**
**A/R Aging Detail**
**As of February 4, 2025**

| Aging | Date | Transaction Type | Num | Customer | Due Date | Amount |
|---|---|---|---|---|---|---|
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000674 | Bar Harbour Condominium Association [2733] | 02/01/2025 | 3,979.86 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 362201 | Edgar  Rodriguez [4608] | 01/01/2025 | 45.00 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 5000642 | Englewood Beach Condo Villas [2301] | 01/01/2025 | 10,851.06 |
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000680 | Englewood Beach Condo Villas [2301] | 02/01/2025 | 10,851.06 |
| 91 or more days past due | 11/01/2024 | Invoice | 5000582 | Englewood Beach Condo Villas [2301] | 11/01/2024 | 10,851.06 |
| 61 - 90 days past due | 12/01/2024 | Invoice | 5000643 | Englewood Beach Condo Villas [2301] | 12/01/2024 | 10,851.06 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 359180 | Fortune House Hotel & Condo (FEG) [1093] | 01/01/2025 | 637.25 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 359362 | La Costa Beach Club (Master Acct) [3502] | 01/01/2025 | 80.71 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 5000647 | La Costa Beach Club (Master Acct) [3502] | 01/01/2025 | 7,320.39 |
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000685 | La Costa Beach Club (Master Acct) [3502] | 02/01/2025 | 7,320.39 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 361729 | La Costa Beach Club 110 [3653] | 01/01/2025 | 45.00 |
| 91 or more days past due | 11/01/2024 | Invoice | 354974 | La Costa Beach Club 110 [3653] | 11/01/2024 | 45.00 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 361733 | La Costa Beach Club 323 [3693] | 01/01/2025 | 45.00 |
| 91 or more days past due | 11/01/2024 | Invoice | 354978 | La Costa Beach Club 323 [3693] | 11/01/2024 | 45.00 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 359365 | La Costa Beach Club Offices Unit Phones [3644] | 01/01/2025 | 2,196.66 |
| 91 or more days past due | 11/01/2024 | Invoice | 352613 | La Costa Beach Club Offices Unit Phones [3644] | 11/01/2024 | 2,196.47 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 5000654 | River Key Condo Association [2500] | 01/01/2025 | 4,629.56 |
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000692 | River Key Condo Association [2500] | 02/01/2025 | 4,629.56 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 5000663 | Spring Creek Home Owners Assocation, Inc | 01/01/2025 | 6,568.69 |
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000698 | Spring Creek Home Owners Assocation, Inc | 02/01/2025 | 6,568.69 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 359329 | Susan Lombardo [2467] | 01/01/2025 | 146.40 |
| 91 or more days past due | 11/01/2024 | Invoice | 352577 | Susan Lombardo [2467] | 11/01/2024 | 146.40 |
| 31 - 60 days past due | 01/01/2025 | Invoice | 362470 | The 2770 Condominium Association [4164] | 01/01/2025 | 751.18 |
| 1 - 30 days past due | 02/01/2025 | Invoice | 5000673 | The 3560 Condominimum Association [4166] | 02/01/2025 | 4,660.74 |

**95,462.19**

**Fill in this information to identify the case:**

Debtor name **QXC Communications, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  American Momentum Bank**
Creditor's Name

**4830 W Kennedy Blvd, Ste 200**
**Tampa, FL 33609**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/26/2018**
**Last 4 digits of account number**
**2604**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All personal property of the Debtor**

Describe the lien
**SBA Loan - UCC filed**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $191,014.00 | $191,014.00 |
|---|---|---|

**2.2  Bank of America**
Creditor's Name

**PO Box 15220**
**Wilmington, DE 19886-5220**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2021 Cadillac XT5**
**VIN: 1GYKNAR43MZ156678**
**Fair condition**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | $28,486.64 | $23,866.00 |
|---|---|---|

Debtor    **QXC Communications, Inc**                                    Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BayFirst National Bank** | Describe debtor's property that is subject to a lien | $129,731.00 | $129,731.00 |

Creditor's Name

**700 Central Ave, Ste 100**
**Saint Petersburg, FL 33701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**8/24/2022**

**Last 4 digits of account number**
**9101**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor.**

**Describe the lien**
**UCC - SBA Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company, as Rep** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System, as Rep** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**330 N Brand Blvd, Ste 700**
**Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

Debtor    **QXC Communications, Inc**
Name

Case number (if known) _____

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Frontier Development Asia Ptd Ltd** | **Describe debtor's property that is subject to a lien** | $129,182.00 | Unknown |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Conduit, fiber, MDF cabinet, hand holes, pedestals, NIDs, etc. at Seasons at Spring Creek Homeowners Association, Inc.** |
| **3 Fraser Street#05-25 Duo Tower Singapore 189352** | |
| Creditor's mailing address | **Describe the lien** |
| | **Asset Purchase Agreement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **12/27/2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Millennium QXC Holdings LLC** | **Describe debtor's property that is subject to a lien** | $8,470,353.93 | $2,000,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **All personal property of the Debtor** |
| **f/k/a Millennium Infrastructure Fund LLC 2121 Hobbs Dr Delavan, WI 53115** | |
| Creditor's mailing address | **Describe the lien** |
| | **Loan and Security Agreement - UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **1/16/2024** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor   **QXC Communications, Inc**
_____
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Newtek Capital** | Describe debtor's property that is subject to a lien | $1,540,768.00 | $1,540,768.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave, Ste 130 Lake Success, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/18/2019**

**Last 4 digits of account number**

**7007**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All personal property of the Debtor**

**Describe the lien**
**SBA Loan 1 - UCC**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Newtek Capital** | Describe debtor's property that is subject to a lien | $867,221.00 | $867,221.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave, Ste 130 Lake Success, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/17/2021**

**Last 4 digits of account number**

**5799**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All personal property of the Debtor**

**Describe the lien**
**SBA Loan 2 - UCC**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $115,731.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4500 East West Hwy, 6th FL Bethesda, MD 20814**

Creditor's mailing address

**Future Receivables**

**Describe the lien**
**Loan**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 7

Debtor  **QXC Communications, Inc**
_____
Name

Case number (if known) _____

---

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

�/ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**8/23/2024**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1503**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☑ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☑ Disputed

---

| 2.1 1 | **Resibuilt Homes, LLC** | **Describe debtor's property that is subject to a lien** | $154,500.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3630 Peachtree Rd NE, Ste 1500**
**Atlanta, GA 30326**

Creditor's mailing address

**All personal property of the Debtor**

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2/5/2024**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Small Business Administration** | **Describe debtor's property that is subject to a lien** | $516,831.00 | $516,831.00 |
|---|---|---|---|---|

Creditor's Name

**2 North St, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**All personal property of the Debtor**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

Creditor's email address, if known
_____

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**4/17/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7401**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **QXC Communications, Inc**
       Name                                                    Case number (if known) _____

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                               ☐ Disputed

---

| 2.1 3 | **Truist Bank dba Lightstream** | Describe debtor's property that is subject to a lien | $36,679.35 | Unknown |
|---|---|---|---|---|

**Truist Bank dba Lightstream**
Creditor's Name

**PO Box 117320**
**Atlanta, GA 30368-7320**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Nissan Kicks**
**VIN: 3N1CP5CV8ML479566**
**and Plymouth Van**
**Fair condition**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Truist Bank fka SunTrust Bank** | Describe debtor's property that is subject to a lien | $116,058.00 | Unknown |
|---|---|---|---|---|

**Truist Bank fka SunTrust Bank**
Creditor's Name

**4899 N Federal Hwy**
**Boca Raton, FL 33431**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/22/2019**
**Last 4 digits of account number**
**0026**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All personal property of the Debtor**

Describe the lien
**SBA Loan - UCC**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,296,555.92 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 6 of 7

Debtor  **QXC Communications, Inc**  Case number (*if known*)  _____
_____
Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Momentum Bank**<br>**500 S Washington Blvd, 3rd FL**<br>**Sarasota, FL 34236** | Line __**2.1**__ | |
| **Howard Toland, Esq**<br>**Mitrani, Rynor, Adamsky & Toland PA**<br>**301 Arthur Godfrey Rd, PH**<br>**Miami Beach, FL 33140** | Line __**2.8**__ | |
| **Howard Toland, Esq**<br>**Mitrani, Rynor, Adamsky & Toland PA**<br>**301 Arthur Godfrey Rd, PH**<br>**Miami Beach, FL 33140** | Line __**2.9**__ | |
| **Jordi Guso, Esq**<br>**1450 Brickell Ave, Ste 1900**<br>**Miami, FL 33131** | Line __**2.7**__ | |
| **Millennium Infrastructure Fund, LLC**<br>**120 S Wright St**<br>**Delavan, WI 53115** | Line __**2.7**__ | |
| **Truist Bank**<br>**PO Box 1626**<br>**Wilson, NC 27894-9961** | Line __**2.14**__ | |
| **Truist Bank dba Lightstream**<br>**214 N Tryon St**<br>**Charlotte, NC 28202** | Line __**2.13**__ | |
| **US Small Business Administration**<br>**North Florida District Office**<br>**7825 Baymeadows Way, Ste 100-B**<br>**Jacksonville, FL 32256-7504** | Line __**2.9**__ | **8602** |

**Fill in this information to identify the case:**

Debtor name **QXC Communications, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| **Florida Department of Revenue** P.O. Box 6668 Tallahassee, FL 32314-6668 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Information Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,838.00** | **$15,150.00** |
| **Greg Sterijevski** 13056 Anthorne Ln Boynton Beach, FL 33436 | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Debtor **QXC Communications, Inc**
_____
Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196,509.00 | $196,509.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114-7346**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **5269**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: Special Procedures**
**P.O. Box 34045**
**Stop 572**
**Jacksonville, FL 32202**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor  **QXC Communications, Inc**                                    Case number (if known) _____
             Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities and Exchange Commission**
**801 Brickell Ave., Suite 1950**
**Miami, FL 33131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**US Attorney Southern District of Florida**
**500 South Australian Avenue**
**Suite 400**
**West Palm Beach, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Information Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244,000.00** |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2643

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bandwidth.com**
**2230 Bandmate Way**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  1767

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **QXC Communications, Inc**
        _____        Case number (if known) _____
        Name

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,011.00 |

**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7567**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,276.00 |

**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7535**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,184.10 |

**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6040**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $94,806.00 |

**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9933**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,594.00 |

**Citi**
**PO Box 790046**
**Saint Louis, MO 63179-0046**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2454**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cogent Communications, Inc.**
**PO Box 791087**
**Baltimore, MD 21279-1087**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**CohnReznick**
**2401 NW Boca Raton Blvd**
**Boca Raton, FL 33431-6632**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Accountant fee**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **QXC Communications, Inc** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.75** |
| | **Colonial Life** | ☐ Contingent | |
| | **PO Box 1365** | ☐ Unliquidated | |
| | **Columbia, SC 29202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **2721** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Comcast Business** | ☐ Contingent | |
| | **1100 Northpoint Pkwy** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4318** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,533.32** |
| | **Communications International, LLC** | ☐ Contingent | |
| | **4450 US 1** | ☐ Unliquidated | |
| | **Vero Beach, FL 32967** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3294** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,277.44** |
| | **Crown Castle Fiber, LLC** | ☐ Contingent | |
| | **PO Box 28730** | ☐ Unliquidated | |
| | **New York, NY 10087-8730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4611** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **CTS3 Solutions** | ☐ Contingent | |
| | **7655 Enterprise Dr, Ste A1** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **QXC Communications** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Duke Energy** | ☐ Contingent | |
| | **PO Box 1004** | ☐ Unliquidated | |
| | **Charlotte, NC 28201-1004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **QXC Communications** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Expert Turnkey Marketing** | ☐ Contingent | |
| | **265 S Federal Hwy, #188** | ☐ Unliquidated | |
| | **Deerfield Beach, FL 33441** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6108** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **QXC Communications, Inc**                                    Case number *(if known)* _____
        Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Florida Power & Light**
**21400 Powerline Rd**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **0059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Electricity**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fox Networks**
**4640 Collection Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **3608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,812.00 |
|---|---|---|---|

**Fox Rothchild Law Firm**
**777 S Flagler Dr, Ste 1700**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Attorney's Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glades First Center**
**123 NE 13th St, #223**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|---|

**Greg Sterijevski**
**13056 Anthorne Ln**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number  **XASB**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hearst Communications**
**PO Box 14534**
**Des Moines, IA 50306-3534**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hillsborough Management Group**
**1500 SW 21st Ln**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **QXC Communications, Inc**
Name

Case number (if known) _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|------|------|------|------|

**Intelisys**
**1310 Redwood Way**
**Petaluma, CA 94999**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|------|------|------|------|

**Intuit**
**2800 E Commerce Center PL**
**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5269**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|------|------|------|------|

**Investments Limited**
**215 N Federal Hwy, Ste 1**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Landlord**

**Last 4 digits of account number  4018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $541,964.00 |
|------|------|------|------|

**Karen Von Stein**
**c/o Jake S. Blumstein, Esq.**
**Tripp Scott**
**110 SE 6th St Ste 1500**
**Fort Lauderdale, FL 33301-5039**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Potential Breach of Employment Contract**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43,215.14 |
|------|------|------|------|

**Lumen**
**1025 Eldorado Blvd**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Vendor**

**Last 4 digits of account number  CM5F**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,400.00 |
|------|------|------|------|

**Meyers Group**
**120 N Compass Way**
**Dania Beach, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130,000.00 |
|------|------|------|------|

**Michelle Duffy**
**955 Walnut Terrace**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/22/2023**

**Basis for the claim:  Stock pledge - 500,000 Class B QXC shares**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **QXC Communications, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MLB Network**
**16425 Collections Center Dr**
**Chicago, IL 60693-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Nagra**
**5090 N 40th St, Ste 450**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7063**

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NCTC**
**PO Box 414826**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **C010**

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,494.00 |
|---|---|---|---|

**Netcom Business IT Solutions**
**15800 Pines Blvd, Ste 3019**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **La Costa Rent**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Netcomm**
**15800 Pines Blvd, Ste 3019**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NHL Network**
**11115 PO Box 70280**
**Philadelphia, PA 19176-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Octal Encoder Networks Inc.**
**4350 Pinewalk Dr**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **QXC Communications, Inc**
_____
Name

Case number *(if known)* _____

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,796.00** |

**Octal Encoder Networks, Inc.**
**4350 Pinewalk Dr**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pimo Capital**
**1900 Glades Rd, Ste 441**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  RT4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,475.00** |

**Raines Legal**
**2500 N Military Tr, Ste 303**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1604**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,336.00** |

**Remote WinBox**
**1630 1st Ave N, Ste B-34**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Vendor**

**Last 4 digits of account number  0075**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,063.00** |

**Resibuilt Homes, LLC**
**3630 Peachtree Rd NE, Ste 1500**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Resibuilt Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,722.68** |

**Rev.io, LLC**
**3340 Peachtree Rd NE Ste 2850**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Vendor**

**Last 4 digits of account number  1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,134.14** |

**RTC Associates LLC**
**4330 South Lee St, Bldg 800B**
**Buford, GA 30515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1117**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **QXC Communications, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Summit Broadband**
4558 35th St
Orlando, FL 32811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8631**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,268.00 |
|---|---|---|---|

**Telarus**
45 W Sego Lily Dr, Ste 220
Sandy, UT 84070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Coral Reef Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The AvailGroup**
137 Townsend Dr
Middletown, NJ 07748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hartford**
PO Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4829**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,875.00 |
|---|---|---|---|

**The Revenue Place**
1220 US 1 N, Suite K
Palm Beach Gardens, FL 33408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Two City Plaza**
701 S Olive Ave
c/o Property Manager
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **RT4**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Healthcare**
PO Box 1459
Minneapolis, MN 55440-1459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7331**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **QXC Communications, Inc**
_____    Case number (if known) _____
Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WAV Solutions, LLC**
**4496 Brandywine Dr**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WOW Business**
**PO Box 4350**
**Carol Stream, IL 60197-4350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1635**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Communications International**<br>**2150 15th Ave**<br>**Vero Beach, FL 32960** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Rev.io LLC**<br>**PO Box 18385**<br>**Palatine, IL 60055-8385** | Line  **3.43**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $          300,347.00 |
| 5b. Total claims from Part 2 | 5b.  + | $        1,315,098.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        1,615,445.57 |

| Fill in this information to identify the case: |
|---|

Debtor name    **QXC Communications, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Employment Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alexander Storm**<br>**1000 South Ocean Blvd, 7N**<br>**Pompano Beach, FL 33062** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Employment Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amaran Brown**<br>**1214 SW Avens St**<br>**Port Saint Lucie, FL 34983** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **American Tower Leases**<br>**29893 Network PL**<br>**Chicago, IL 60673** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Balboa Capital Corp**<br>**575 Anton Blvd, Ste 1080**<br>**Costa Mesa, CA 92626** |

Debtor 1  **QXC Communications, Inc**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **All computers, routers and related equipment subject to agreement number 2407504. APC Netshelter AX 42U Rack / MikroTik HEX** | |
|---|---|---|---|
| | State the term remaining | | **Bank of the West** |
| | List the contract number of any government contract | | **1625 W Fountainhead Parkway, 10th FL AZ-FTN-10C-A Tempe, AZ 85282** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **All Equipment subject to agreement number 0121-0010653, 0321-0011528, and 1121-0014312.** | |
|---|---|---|---|
| | State the term remaining | | **Beverly Bank & Trust Company, NA** |
| | List the contract number of any government contract | | **2050 Main St, Ste 230 Irvine, CA 92614** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **40 ea Cambium PTP 820S 11WGHz, TR500, Ch7W13, Hi, 11425-11725MHz; 25 each Cambium Networks PMP 450m Enable Key License** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **BFG Corporation** |
| | List the contract number of any government contract | | **2801 Lakeside Dr, Ste 212 Bannockburn, IL 60015** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **1 ea Dell PowerEdge R740xd Server 2; professional Services and a security interest in all accounts, contract rights, equipment, general intangibles and all proceeds of the foregoing** | |
|---|---|---|---|
| | State the term remaining | **20 months** | **BFG Corporation** |
| | List the contract number of any government contract | | **2801 Lakeside Dr, Ste 212 Bannockburn, IL 60015** |

Debtor 1  **QXC Communications, Inc**                                  Case number *(if known)* _____
      First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **10 ea Mikro Tik Industrial Grade Edge 36 Core CPU IU Rackmount 4 x 12 GB Ethernet Port; Sea Broadpeak Software for packaging, DVD, Restrt Cache; I0ea Octal MPEG4-AVC ABR Encoding/ Input Channel** | |
|---|---|---|---|
| | State the term remaining | **36 months** | |
| | List the contract number of any government contract | | **BFG Corporation**<br>**2801 Lakeside Dr, Ste 212**<br>**Bannockburn, IL 60015** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cambium Network License, Dell EdgePower Server, and MikroTik Edge Core CPU (10) / Broadpeak DVR software / Octal Encoder** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Byline Financial Group**<br>**Accounts Receivable Bin 88205**<br>**Milwaukee, WI 53288** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Corporation Service Company, as Rep**<br>**POB 2576**<br>**Springfield, IL 62708** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CT Corporation System, as Rep**<br>**330 N Brand Blvd, Ste 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** |

Debtor 1   **QXC Communications, Inc**

First Name      Middle Name      Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Edwin Velez**<br>**500 N Andrews Ave, Apt 636**<br>**Fort Lauderdale, FL 33301** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ericka Allen**<br>**22615 SW 66th Ave, Apt 215**<br>**Boca Raton, FL 33428** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Financial Pacific Leasing, Inc**<br>**PO Box 4568**<br>**Federal Way, WA 98001** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Cisco IP Phone system / Cisco licenses** | |
|---|---|---|---|
| | State the term remaining | **34 months** | |
| | List the contract number of any government contract | | **First Citizens Bank & Trust Co**<br>**21146 Network Pl**<br>**Chicago, IL 60673** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **All equipment, software, and personal property subject to installment payment agreement** | |
|---|---|---|---|
| | State the term remaining | **34 months** | |
| | List the contract number of any government contract | | **Fort Capital Resources, LLC**<br>**841 Shelley Rd**<br>**Raleigh, NC 27609** |

Debtor 1  **QXC Communications, Inc**                                    Case number *(if known)* _____
          First Name      Middle Name        Last Name

## ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fox Networks**
**4640 Collection Center Dr**
**Chicago, IL 60693**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**GM Finance**
**PO Box 78143**
**Phoenix, AZ 85062-8143**

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Contract**

State the term remaining

List the contract number of any government contract

**Greg Sterijevski**
**13056 Anthorne Ln**
**Boynton Beach, FL 33436**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Hearst Communications**
**PO Box 14534**
**Des Moines, IA 50306-3534**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Contract**

State the term remaining

List the contract number of any government contract

**Helene Mark**
**789 W Yamato Dr, Apt 404**
**Boca Raton, FL 33431**

Debtor 1  **QXC Communications, Inc**                           Case number (*if known*) _____
          First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment and software lease for Cambium Network License** | |
|---|---|---|---|
| | State the term remaining | **0** | |
| | List the contract number of any government contract | _____ | **Hewlett Packard**<br>**PO Box 402582**<br>**Atlanta, GA 30384-2582** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **12/2025** | |
| | List the contract number of any government contract | _____ | **Investments Limited**<br>**215 N Federal Hwy, Ste 1**<br>**Boca Raton, FL 33432** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Jennifer Brown**<br>**304 NW 12th Ave**<br>**Boca Raton, FL 33486** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2034** | |
| | List the contract number of any government contract | _____ | **John Von Stein**<br>**2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Juan Murillo** |

Debtor 1  **QXC Communications, Inc**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
| | State the term remaining | | **Karen Von Stein**<br>**c/o Jake S. Blumstein, Esq.**<br>**Tripp Scott**<br>**110 SE 6th St Ste 1500**<br>**Fort Lauderdale, FL 33301-5039** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Telco Multistream receiver / VPN Demo router / Cambium Network License** | |
| | State the term remaining | **22 months** | **M2 Equipment Finance**<br>**175 N Patrick Blvd, Ste 140**<br>**Brookfield, WI 53045** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | **17 months** | **MacQuerie Equipment Capital, Inc.**<br>**1301 Riverplace Blvd**<br>**Jacksonville, FL 32207** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **15 Cambium Networks, 20 Mikrotik Cloud Core Routers, and 20 Mikrotik ccr1072 Cloud Cor Routers** | |
| | State the term remaining | | **MacQuerie Finance**<br>**125 W 55th St, Level 19**<br>**New York, NY 10019** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
| | State the term remaining | | **Mark Hall**<br>**7535 Oak Grove Cir**<br>**Lake Worth, FL 33467** |
| | List the contract number of any government contract | | |

Debtor 1  **QXC Communications, Inc**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

**Employment Contract**

State the term remaining

List the contract number of any government contract

**Mary Alyce Von Stein**
**424 East 73rd St, Apt 5RE**
**New York, NY 10021**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

**Dell Power Edge R6525 Server / Octal Transcoder**

State the term remaining

**20 months**

List the contract number of any government contract

**Meridian Equipment Finance LLC**
**9 Old Lincoln Hwy**
**Malvern, PA 19355**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MLB Network**
**16425 Collections Center Dr**
**Chicago, IL 60693-0164**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MYTV**
**4040 Collections Center Dr**
**Chicago, IL 60693**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**NCTC**
**PO Box 414826**
**Kansas City, MO 64141**

Debtor 1    **QXC Communications, Inc**                                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **SO-Nokia OS-7210 SAS Mxp Rel 11.0 Base Lie S-A; BI-Nokia RTU-7210 SAS Mxp IP Services License; 385-HEX S (RB760iGS) 5-Gigabit Port Ethernet Routers w/ SFP.** | |
|---|---|---|---|
| | State the term remaining | **23 months** | |
| | List the contract number of any government contract | | **NewLane**<br>**PO Box 7358**<br>**Philadelphia, PA 19101** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NHL Network**<br>**11115 PO Box 70280**<br>**Philadelphia, PA 19176-0280** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Omar Rojas**<br>**3000 Norwood PL, Apt N101**<br>**Boca Raton, FL 33431** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PNC Equipment Finance, LLC**<br>**655 Business Center Dr**<br>**Horsham, PA 19044** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Reginald Brunot**<br>**5724 Raceway Rd**<br>**Lake Worth, FL 33449** |

Debtor 1   **QXC Communications, Inc**                          Case number *(if known)* _____
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.43.** State what the contract or lease is for and the nature of the debtor's interest     **Employment Contract**

State the term remaining

List the contract number of any government contract                                      **Ricardo Brunot**
                                                                                          **5154 Willowpond Rd W**
                                                                                          **West Palm Beach, FL 33417**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest     **Employment Contract**

State the term remaining

List the contract number of any government contract                                      **Rony Sanchez**
                                                                                          **10371 Boynton Place Cir**
                                                                                          **Boynton Beach, FL 33437**

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                                      **The Big Ten Network**
                                                                                          **14743 Collections Center Dr**
                                                                                          **Chicago, IL 60693**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest     **Data center rack munted cage unit**

State the term remaining

List the contract number of any government contract                                      **Umpqua Bank**
                                                                                          **PO Box 848779**
                                                                                          **Los Angeles, CA 90084**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest     **Employment Contract**

State the term remaining

List the contract number of any government contract                                      **Weldon Brown**
                                                                                          **1500 NW 43rd Ter, #207**
                                                                                          **Lauderhill, FL 33313**

Debtor 1   **QXC Communications, Inc**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

<span style="background:purple">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Networking equipment and hardware - Ref Sales Order 9729** | |
|---|---|---|---|
| | State the term remaining | **17 months** | |
| | List the contract number of any government contract | | **Wintrust Specialty Finance**<br>**PO Box 84783**<br>**Seattle, WA 98124** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Dell PowerEdge R6525 Server 2, Octal 2U GPU Transcoder Chassis and professional services** | |
|---|---|---|---|
| | State the term remaining | **20 months** | |
| | List the contract number of any government contract | | **Wintrust Specialty Finance**<br>**5403 Olympic Dr NW Ste 200**<br>**Gig Harbor, WA 98335** |

**Fill in this information to identify the case:**

Debtor name    **QXC Communications, Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **John Von Stein** | **2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **Millennium QXC Holdings LLC** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **John Von Stein** | **2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **Rapid Finance** | ■ D __**2.10**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **John Von Stein** | **2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **BayFirst National Bank** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **John Von Stein** | **2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **Newtek Capital** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **John Von Stein** | **2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **Newtek Capital** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **QXC Communications, Inc**                               Case number *(if known)* _____

| ■ Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.6 **John Von Stein**   **2857 NE 2nd Ave**           **Truist Bank dba**           ■ D __2.13__
                         **Boca Raton, FL 33431**       **Lightstream**               ☐ E/F _____
                                                                                      ☐ G _____

2.7 **QXC Holdings,**                                 **Resibuilt Homes, LLC**       ■ D __2.11__
    **LLC**                                                                           ☐ E/F _____
                                                                                      ☐ G _____

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 2

# United States Bankruptcy Court
## Southern District of Florida

In re   **QXC Communications, Inc**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Desmond Carr** | **B** | **10.57%** | |
| **Dr Richard Pitera** | **B** | **1.22%** | |
| **John Von Stein**<br>**2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **A** | **76.03%** | |
| **John Von Stein**<br>**2857 NE 2nd Ave**<br>**Boca Raton, FL 33431** | **B** | **60%** | |
| **Michelle Duffy**<br>**955 Walnut Terrace**<br>**Boca Raton, FL 33486** | **B** | **2.03%** | |
| **Plamen Petkov** | **B** | **6.09%** | |
| **Tom Ward**<br>**1500 SW 21st Ln**<br>**Boca Raton, FL 33486** | **B** | **4.06%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 28, 2025**

Signature   **/s/ John Von Stein**

**John Von Stein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **QXC Communications, Inc** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 28, 2025** _____        **/s/ John Von Stein** _____

**John Von Stein/CEO**

Signer/Title

Alexander Storm
1000 South Ocean Blvd, 7N
Pompano Beach, FL 33062

Amaran Brown
1214 SW Avens St
Port Saint Lucie, FL 34983

American Momentum Bank
4830 W Kennedy Blvd, Ste 200
Tampa, FL 33609

American Momentum Bank
500 S Washington Blvd, 3rd FL
Sarasota, FL 34236

American Tower Leases
29893 Network PL
Chicago, IL 60673

AT&T
PO Box 5019
Carol Stream, IL 60197

Balboa Capital Corp
575 Anton Blvd, Ste 1080
Costa Mesa, CA 92626

Bandwidth.com
2230 Bandmate Way
Raleigh, NC 27607

Bank of America
PO Box 15220
Wilmington, DE 19886-5220

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Bank of the West
1625 W Fountainhead Parkway, 10th FL
AZ-FTN-10C-A
Tempe, AZ 85282

BayFirst National Bank
700 Central Ave, Ste 100
Saint Petersburg, FL 33701

Beverly Bank & Trust Company, NA
2050 Main St, Ste 230
Irvine, CA 92614

BFG Corporation
2801 Lakeside Dr, Ste 212
Bannockburn, IL 60015

Byline Financial Group
Accounts Receivable Bin 88205
Milwaukee, WI 53288

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citi
PO Box 790046
Saint Louis, MO 63179-0046

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

CohnReznick
2401 NW Boca Raton Blvd
Boca Raton, FL 33431-6632

Colonial Life
PO Box 1365
Columbia, SC 29202

Comcast Business
1100 Northpoint Pkwy
West Palm Beach, FL 33407

Communications International
2150 15th Ave
Vero Beach, FL 32960

Communications International, LLC
4450 US 1
Vero Beach, FL 32967

Corporation Service Company, as Rep
POB 2576
Springfield, IL 62708

Crown Castle Fiber, LLC
PO Box 28730
New York, NY 10087-8730

CT Corporation System, as Rep
330 N Brand Blvd, Ste 700
Attn: SPRS
Glendale, CA 91203

CTS3 Solutions
7655 Enterprise Dr, Ste A1
West Palm Beach, FL 33404

Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

Edwin Velez
500 N Andrews Ave, Apt 636
Fort Lauderdale, FL 33301

Ericka Allen
22615 SW 66th Ave, Apt 215
Boca Raton, FL 33428

Expert Turnkey Marketing
265 S Federal Hwy, #188
Deerfield Beach, FL 33441

Financial Pacific Leasing, Inc
PO Box 4568
Federal Way, WA 98001

First Citizens Bank & Trust Co
21146 Network Pl
Chicago, IL 60673

```
Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Power & Light
21400 Powerline Rd
Boca Raton, FL 33433


Fort Capital Resources, LLC
841 Shelley Rd
Raleigh, NC 27609


Fox Networks
4640 Collection Center Dr
Chicago, IL 60693


Fox Rothchild Law Firm
777 S Flagler Dr, Ste 1700
West Palm Beach, FL 33401


Frontier Development Asia Ptd Ltd
3 Fraser Street#05-25
Duo Tower Singapore 189352


Glades First Center
123 NE 13th St, #223
Boca Raton, FL 33431


GM Finance
PO Box 78143
Phoenix, AZ 85062-8143


Greg Sterijevski
13056 Anthorne Ln
Boynton Beach, FL 33436


Hearst Communications
PO Box 14534
Des Moines, IA 50306-3534


Helene Mark
789 W Yamato Dr, Apt 404
Boca Raton, FL 33431
```

Hewlett Packard
PO Box 402582
Atlanta, GA 30384-2582


Hillsborough Management Group
1500 SW 21st Ln
Boca Raton, FL 33486


Howard Toland, Esq
Mitrani, Rynor, Adamsky & Toland PA
301 Arthur Godfrey Rd, PH
Miami Beach, FL 33140


Intelisys
1310 Redwood Way
Petaluma, CA 94999


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Intuit
2800 E Commerce Center PL
Tucson, AZ 85706


Investments Limited
215 N Federal Hwy, Ste 1
Boca Raton, FL 33432


Jennifer Brown
304 NW 12th Ave
Boca Raton, FL 33486


John Von Stein
2857 NE 2nd Ave
Boca Raton, FL 33431

Jordi Guso, Esq
1450 Brickell Ave, Ste 1900
Miami, FL 33131


Juan Murillo


Karen Von Stein
c/o Jake S. Blumstein, Esq.
Tripp Scott
110 SE 6th St Ste 1500
Fort Lauderdale, FL 33301-5039


Lumen
1025 Eldorado Blvd
Broomfield, CO 80021


M2 Equipment Finance
175 N Patrick Blvd, Ste 140
Brookfield, WI 53045


MacQuerie Equipment Capital, Inc.
1301 Riverplace Blvd
Jacksonville, FL 32207


MacQuerie Finance
125 W 55th St, Level 19
New York, NY 10019


Mark Hall
7535 Oak Grove Cir
Lake Worth, FL 33467


Mary Alyce Von Stein
424 East 73rd St, Apt 5RE
New York, NY 10021


Meridian Equipment Finance LLC
9 Old Lincoln Hwy
Malvern, PA 19355


Meyers Group
120 N Compass Way
Dania Beach, FL 33004

Michelle Duffy
955 Walnut Terrace
Boca Raton, FL 33486


Millennium Infrastructure Fund, LLC
120 S Wright St
Delavan, WI 53115


Millennium QXC Holdings LLC
f/k/a Millennium Infrastructure Fund LLC
2121 Hobbs Dr
Delavan, WI 53115


MLB Network
16425 Collections Center Dr
Chicago, IL 60693-0164


MYTV
4040 Collections Center Dr
Chicago, IL 60693


Nagra
5090 N 40th St, Ste 450
Phoenix, AZ 85018


NCTC
PO Box 414826
Kansas City, MO 64141


Netcom Business IT Solutions
15800 Pines Blvd, Ste 3019
Hollywood, FL 33027


Netcomm
15800 Pines Blvd, Ste 3019
Hollywood, FL 33027


NewLane
PO Box 7358
Philadelphia, PA 19101


Newtek Capital
1981 Marcus Ave, Ste 130
Lake Success, NY 11042

NHL Network
11115 PO Box 70280
Philadelphia, PA 19176-0280


Octal Encoder Networks Inc.
4350 Pinewalk Dr
Alpharetta, GA 30022


Octal Encoder Networks, Inc.
4350 Pinewalk Dr
Alpharetta, GA 30022


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Omar Rojas
3000 Norwood PL, Apt N101
Boca Raton, FL 33431


Pimo Capital
1900 Glades Rd, Ste 441
Boca Raton, FL 33431


PNC Equipment Finance, LLC
655 Business Center Dr
Horsham, PA 19044


QXC Holdings, LLC


Raines Legal
2500 N Military Tr, Ste 303
Boca Raton, FL 33431


Rapid Finance
4500 East West Hwy, 6th FL
Bethesda, MD 20814


Reginald Brunot
5724 Raceway Rd
Lake Worth, FL 33449

Remote WinBox
1630 1st Ave N, Ste B-34
Fargo, ND 58102


Resibuilt Homes, LLC
3630 Peachtree Rd NE, Ste 1500
Atlanta, GA 30326


Rev.io LLC
PO Box 18385
Palatine, IL 60055-8385


Rev.io, LLC
3340 Peachtree Rd NE Ste 2850
Atlanta, GA 30326


Ricardo Brunot
5154 Willowpond Rd W
West Palm Beach, FL 33417


Rony Sanchez
10371 Boynton Place Cir
Boynton Beach, FL 33437


RTC Associates LLC
4330 South Lee St, Bldg 800B
Buford, GA 30515


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131


Small Business Administration
2 North St, Suite 320
Birmingham, AL 35203


Summit Broadband
4558 35th St
Orlando, FL 32811

Telarus
45 W Sego Lily Dr, Ste 220
Sandy, UT 84070


The AvailGroup
137 Townsend Dr
Middletown, NJ 07748


The Big Ten Network
14743 Collections Center Dr
Chicago, IL 60693


The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Revenue Place
1220 US 1 N, Suite K
Palm Beach Gardens, FL 33408


Truist Bank
PO Box 1626
Wilson, NC 27894-9961


Truist Bank dba Lightstream
PO Box 117320
Atlanta, GA 30368-7320


Truist Bank dba Lightstream
214 N Tryon St
Charlotte, NC 28202


Truist Bank fka SunTrust Bank
4899 N Federal Hwy
Boca Raton, FL 33431


Two City Plaza
701 S Olive Ave
c/o Property Manager
West Palm Beach, FL 33401


Umpqua Bank
PO Box 848779
Los Angeles, CA 90084

United Healthcare
PO Box 1459
Minneapolis, MN 55440-1459


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


US Small Business Administration
North Florida District Office
7825 Baymeadows Way, Ste 100-B
Jacksonville, FL 32256-7504


WAV Solutions, LLC
4496 Brandywine Dr
Boca Raton, FL 33487


Weldon Brown
1500 NW 43rd Ter, #207
Lauderhill, FL 33313


Wintrust Specialty Finance
PO Box 84783
Seattle, WA 98124


Wintrust Specialty Finance
5403 Olympic Dr NW Ste 200
Gig Harbor, WA 98335


WOW Business
PO Box 4350
Carol Stream, IL 60197-4350